**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | |
|---|---|
| JUDY HAWKS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:11-cv-00052-SNLJ |
| vs. ) | |
| ) | |
| NCO FINANCIAL SYSTEMS, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, JUDY HAWKS, my and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Dated: May 19, 2011         Respectfully Submitted,

By:/s/ Adam C. Maxwell
[ ] Adam C. Maxwell
ED Bar No: 62103MO
Attorney for Plaintiff
Krohn & Moss, Ltd.
120 W. Madison Street
10th Floor
Chicago, IL 60602
(312) 578-9428
e-mail: amaxwell@consumerlawcenter.com

NOTICE OF SETTLEMENT

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 19, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that on May 19, 2011, a copy of this document was served via the CM/ECF system upon all counsel of record, including the following:

Edward S. Meyer
Attorney for Defendant
Pitzer Snodgrass, P.C.
100 South Fourth Street, Suite 400
St. Louis, MO 63102

By:/s/ Adam C. Maxwell
Adam C. Maxwell