## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI
### SOUTHEASTERN DIVISION

| | |
|---|---|
| JUDY HAWKS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. 1:11-cv-00052-SNLJ ) ) |
| NCO FINANCIAL SYSTEMS, INC., | ) ) |
| Defendant. | ) ) |

### ORDER OF DISMISSAL WITH PREJUDICE

Based upon the Joint Stipulation for Dismissal by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the above reference matter is hereby dismissed with prejudice, each party to bear their own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: 7-22-11

_____
The Honorable Judge
United States District Judge